UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,

    -against-                        07 Cr. 460-01 (RWS)

PHILLIP QUINTERO,                     OPINION

              Defendant.

------------------------------------X

**Sweet, D.J.**


    The Court's Order of August 30, 2010 (Dkt. 18) is herby vacated, as is the Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), dated October 6, 2011 (Dkt. 21). Quintero's first motion for sentence reduction, dated November 19, 2009 (Dkt. 16) is denied as moot and on the grounds that at the time of the filing of that motion, Quintero was not then eligible for a sentence reduction.


    It is so ordered.

**New York, NY**
**November / , 2011**

                               ROBERT W. SWEET
                               U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRO...
...
...11/2/11